1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA 94501
3
   Telephone: (510) 523-4702
4
   Attorney for the Plaintiff
5  United States of America

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,       )   Case No. Cv06-05747 EMC
11                                 )
                Plaintiff,         )
12                                 )
                                   )
13                                 )   STIPULATION FOR ORDER
         v.                        )   DISMISSING CASE WITH
14                                 )   PREJUDICE
                                   )
15 KARLA L. SPAULDING,             )
                                   )
16              Defendant.         )

17

18       WHEREAS the student loan promissory note underlying the complaint in the above

19 entitled matter has been paid off from funds obtained by the defendant from the William

20 D. Ford Direct Student Loan Consolidation Program,

21       THE PARTIES HEREBY STIPULATE that the court issue its order dismissing the

22 above entitled matter with prejudice.

23       **SO STIPULATED.**

24       Dated: July 30, 2007        Andrea D. McGary, Attorney for the defendant

25
         Dated: July 30, 2007        Michael Cosentino, Attorney for the plaintiff
26
         **IT IS SO ORDERED.**
27
         Dated:   August 8, 2007     Edward M. Chen, U.S. District
28                                   Court for the Northern District of California

*IT IS SO ORDERED*
Judge Edward M. Chen